PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDEEP SINGH, ET AL, | CASE NO. 1:22-CV-01025-AWI-BAM |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| UR MENDOZA JADDOU, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's form I-485 application for adjustment of status, which has been pending with U.S. Citizenship and Immigration Services (USCIS) since December 26, 2018. On September 19, 2022, USCIS issued a request for evidence (RFE) to Plaintiff. The Plaintiff submitted his RFE response on October 11, 2022. The parties anticipate that this lawsuit will be rendered moot once USCIS reviews the RFE response and completes its adjudication of Plaintiff's petition.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is December 8, 2022. The parties further request that all other filing deadlines be similarly extended and that the initial scheduling conference, currently set for November 15, 2022, be vacated and reset.

1

Respectfully submitted,

Dated:  November 7, 2022                                PHILLIP A. TALBERT
                                                        United States Attorney

                                                   By:  /s/ ELLIOT C. WONG
                                                        ELLIOT C. WONG
                                                        Assistant United States Attorney


                                                        /s/ BASHIR GHAZIALAM
                                                        BASHIR GHAZIALAM
                                                        Counsel for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, and cause appearing, Defendant's request for an extension of time to file an answer or other dispositive pleading in response to the complaint is GRANTED.  Defendant shall file an answer or other dispositive pleading on or before December 8, 2022.  IT IS FURTHER ORDERED that the parties' request to reset the initial scheduling conference is GRANTED.  The initial Scheduling Conference currently set for November 15, 2022 is HEREBY CONTINUED to **February 7, 2022, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**  The parties shall file a Joint Scheduling Report at least one full week prior to the conference.

IT IS SO ORDERED.

Dated:   **November 8, 2022**                      /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE