1 | PHILLIP A. TALBERT
United States Attorney
2 | ELLIOT WONG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAGDEEP SINGH, ET AL, | CASE NO. 1:22-CV-01025-AWI-BAM |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] AMENDED ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| UR MENDOZA JADDOU, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's form I-485 application for adjustment of status, which has been pending with U.S. Citizenship and Immigration Services (USCIS) since December 26, 2018. On September 19, 2022, USCIS issued a request for evidence (RFE) to Plaintiff. The Plaintiff submitted his RFE response on October 11, 2022. The parties anticipate that this lawsuit will be rendered moot once USCIS reviews the RFE response and completes its adjudication of Plaintiff's petition.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is December 8, 2022. The parties further request that all other filing deadlines be similarly extended and that the initial scheduling conference, currently set for November 15, 2022, be vacated and reset.

1

Respectfully submitted,

Dated: November 7, 2022            PHILLIP A. TALBERT
                                   United States Attorney

                              By:  /s/ ELLIOT C. WONG
                                   ELLIOT C. WONG
                                   Assistant United States Attorney


                                   /s/ BASHIR GHAZIALAM
                                   BASHIR GHAZIALAM
                                   Counsel for Plaintiff

## ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendant's request for an extension of time to file an answer or other dispositive pleading in response to the complaint is GRANTED. Defendant shall file an answer or other dispositive pleading on or before December 8, 2022. IT IS FURTHER ORDERED that the parties' request to reset the initial scheduling conference is GRANTED. The initial Scheduling Conference currently set for November 15, 2022 is HEREBY CONTINUED to **February 7, 2023, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall file a Joint Scheduling Report at least one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **November 10, 2022**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE